UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BRADLEY OVERBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:21 CV 1374 CDP |
| | ) | |
| TACONY CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

On July 5, 2023, the Court was informed by a legal assistant for one of the parties that this action has been settled. Because neither party has yet filed a notification of settlement,

**IT IS HEREBY ORDERED** that counsel shall file, within fourteen (14) days of the date of this order, a notification of settlement or status report indicating whether the parties have settled and, if so, the number of days necessary for the parties to finalize their settlement.

                                                 _____
                                                 CATHERINE D. PERRY
                                                 UNITED STATES DISTRICT JUDGE

Dated this 20th day of July, 2023